# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARKEYO, LLC, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 16-4720 |
| | : | |
| CUMMINS ALLISON CORPORATION, | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this 28th day of June, 2017, it is **ORDERED** that Plaintiff's Motion for the Entry of a Preliminary Injunction (ECF No. 5) is **DENIED**.

It is further **ORDERED** that the Cummins' exhibits presented at the evidentiary hearing, located in Appendix B to Cummins' Post Hearing Memorandum (ECF No. 77), are admitted into evidence.

                                             **s/Anita B. Brody**

                                             _____
                                             ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to: